**Exhibit A to the Complaint**

**Location:** Brighton, MI  
**Total Works Infringed:** 27  
**IP Address:** 73.145.233.32  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 09-07-2021 04:46:54 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 2 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 07-20-2021 07:12:56 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 3 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-10-2021 18:58:09 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 4 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-10-2021 02:55:03 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 5 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash: 7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 06-04-2021 03:45:42 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 6 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05-06-2021 03:01:26 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 7 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-15-2021 03:29:56 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 8 | Info Hash: 850607A48AE7C7A5B7ACC2E924C6BE119D12B001<br>File Hash: FA7E6E38F30898A2295ECF4C22FCA4C395041183F74616035787A2078529B00D | 03-24-2021 13:34:30 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-02-2021 19:22:58 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 10 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-21-2021 14:38:42 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 11 | Info Hash: 78E300227DFA72C621B80BAC6AED21260896C9E6<br>File Hash: ECA2B03B6CC8970AAE989CEB0E1F6918FA99F1BE6E99D138C68B0501CD50904D | 12-12-2020 17:24:53 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 12 | Info Hash: 83130BEF4D6B7F7CF58B9A72566BBBF2221ACE3E<br>File Hash: 4545A44D68DD5E94AC25FFD84C4110EE84A952FBF15D147C3A16B8393D7BBECF | 11-17-2020 14:34:51 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 13 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 11-17-2020 14:33:41 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 14 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10-19-2020 04:10:15 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 15 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08-17-2020 05:02:10 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 16 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 07-20-2020 18:26:52 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 17 | Info Hash: 040D75274B1433A85DAA28A231F3DF0ECD8772B0<br>File Hash: 427A539D1D29259BAAD6046743A3A58DB560002639403F17B3AFB748A29F38AC | 07-13-2020 04:53:22 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash: BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 07-13-2020 04:45:20 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 19 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07-04-2020 17:14:17 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 20 | Info Hash: 60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash: 84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 06-28-2020 13:50:51 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 21 | Info Hash: 8A6F4B2D495BDFF5C7C255266DA06E8E0BA41B22<br>File Hash: C2B53F4B3957335C7F0872016E8355725EEF6267A0FF4A3F7DAD45FA7B863C16 | 06-22-2020 14:47:07 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 22 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D<br>File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 06-21-2020 03:36:07 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |
| 23 | Info Hash: F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D<br>File Hash: 656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 06-15-2020 03:24:05 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 24 | Info Hash: F2574818F5BC066E5B281B8C2EFEE7DA607534AF<br>File Hash: BE83BFC4404348FFEDC4CBA3C3E94BF520CB2433E6D41F78D0165F208E4D8CFB | 06-08-2020 18:42:13 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 25 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05-27-2020 22:44:00 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 26 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05-24-2020 04:12:06 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 05-16-2020 14:58:54 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |